## KOECHL et al. v. UNITED STATES.

(Circuit Court, S. D. New York. February 9, 1898.)

CUSTOMS DUTIES—CLASSIFICATION—MEDICINAL PREPARATIONS—LORETIN.

Loretin, a medicinal preparation, the medicinal action of which as an antiseptic and otherwise is chiefly due to its acid properties, was free, under paragraph 363 of the act of August, 1894, as an "acid used for medicinal purposes," and not dutiable, under paragraph 59, as a medicinal preparation.

This was an appeal by Victor Koechl & Co. from a decision of the board of general appraisers as to the classification for duty of certain merchandise imported by them.

Hartley & Coleman, for appellants.
James T. Van Rensselaer, for the United States.

TOWNSEND, District Judge (orally). The merchandise in question herein, loretin, is a medicinal preparation, as claimed by the United States and found by the board of general appraisers. But it is also an acid, used for medicinal purposes, and its medicinal action as an antiseptic and otherwise is chiefly, if not entirely, due to its acid properties. In accordance with the rule laid down by the court of appeals in Matheson & Co. v. U. S., 18 C. C. A. 143, 71 Fed. 394, it should have been classified as an "acid used for medicinal purposes," and free, under paragraph 363 of the act of August, 1894. The decision of the

board of general appraisers sustaining an assessment of 25 per cent., under the provision for medicinal preparations not specifically provided for in paragraph 59 of said act, is reversed.